IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60046
Summary Calendar
_____

SYED AZHAR MUNAWAR,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
(A71 591 641)
- - - - - - - - - -
September 19, 1996

Before HIGGINBOTHAM, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Syed Azhar Munawar, a Pakistani citizen, petitions for review of the decision of the Board of Immigration Appeals. Munawar argues that the failure to notify him by certified mail, return receipt requested, of the date of his hearing denied him actual notice of his deportation hearing, thereby constituting reasonable cause for his failure to appear.

Because Munawar moved without informing the Government of

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

his change of address, as required by statute, the ultimate fault for his failure to receive the notice of his deportation hearing was his.  See United States v. Estrada-Trochez, 66 F.3d 733, 735-36 (5th Cir. 1996).  Thus, Munawar had a reasonable opportunity to be present at his deportation hearing and did not demonstrate reasonable cause for failing to appear.  Id. at 736.

The petition for review is DENIED.